# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| VICTORY BANK, | : | No. 89 MAP 2019 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court at No. 236 FR |
| | : | 2014 dated October 16, 2019 |
| v. | : | overruling the exceptions filed by |
| | : | Victory Bank to the July 17, 2018 |
| | : | Order that Affirmed the PA Board of |
| COMMONWEALTH OF PENNSYLVANIA, | : | Finance and Revenue dated March |
| | : | 28, 2014 at No. 1224355 and |
| Appellee | : | entering Judgment in favor of the |
| | : | Commonwealth. |
| | : | |

## ORDER

**PER CURIAM**                               **DECIDED:  October 1, 2020**

AND NOW, this 1st day of October, 2020, the Order of the Commonwealth Court is AFFIRMED.